SCOTT E. BRADFORD, OSB #062824
United States Attorney
District of Oregon
**NICHOLAS D. MEYERS, OSB #222743**
Assistant United States Attorney
Nicholas.Meyers@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **3:25-cr-00081-SI** |
| **v.** | **GOVERNMENT'S SENTENCING MEMORANDUM** |
| **LAWRENCE NELSON SWINGLE,** | |
| **Defendant.** | |

The Government believes the advisory Sentencing Guidelines and Criminal History Category calculation outlined in the presentence report ("PSR") are accurate. The Government recommends that the Court impose a sentence of time served, to be followed by a three-year term of supervised release, and a $100 fee assessment.

//

//

//

**Government's Sentencing Memorandum**                                                    **Page 1**

## I.    FACTUAL BACKGROUND

### A.    The Offense Conduct

On December 21, 2024, Defendant attempted to elude Portland police officers after being seen driving without headlights and failing to stop at a marked crosswalk. Officers subsequently found Defendant's vehicle crashed into a curb and observed defendant running from the vehicle carrying a guitar case.  Officers made contact with Defendant as he was trying to shove the guitar case into a tree.

Inside the guitar case, officers found An Aero Precision, model X15 rifle, a 50-round drum magazine, and additional 5.56 caliber ammunition. During a search of Defendant's vehicle, officers located approximately 1 gram of cocaine, 126 gross grams of suspected methamphetamine, 18 blue "M30" pills suspected to contain fentanyl, and a digital scale.

### B.    The Charges

On March 5, 2025, a federal grand jury returned a single-count Indictment charging Defendant with felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1).  On May 29, 2026, Defendant pled guilty to Count 1 of the Indictment.

The maximum sentence the Court may impose is a term of 15 years' imprisonment, a fine of $250,000, and three years of supervised release.  There is also a mandatory $100 fee assessment.

## II.    ARGUMENT

### A.    Government's Recommended Sentence

The government recommends that the Court impose a sentence of time served, to be followed by a three-year term of supervised release, and a $100 fee assessment.  This sentence is

**Government's Sentencing Memorandum**                                                    **Page 2**

appropriate given the nature of Defendant's conduct, while also taking into account the important circumstances outlined in Defendant's separate submissions to the Court. This sentence will provide adequate punishment and protect the community from Defendant's crimes, while also satisfying the requirement of 18 U.S.C. § 3553(a), as a "sentence sufficient, but not greater than necessary" to meet the purposes of § 3553(a)(2).

## III.    CONCLUSION

The Government recommends a sentence of time served, to be followed by a three-year term of supervised release.

Dated: June 25, 2026

Respectfully submitted,

SCOTT E. BRADFORD
United States Attorney

/s/ *Nicholas D. Meyers*
NICHOLAS D. MEYERS, OSB #222743
Assistant United States Attorney